**Jesse MONTGOMERY, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Nov. 24, 1939.

C. F. See, Jr., for movant.

Hubert Meredith, Attorney General, and J. M. Campbell, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

---

**Cecil OVERBY, Movant, v. W. D. CHARLTON, Opposed.**

Court of Appeals of Kentucky.

Nov. 24, 1939.

Clyde Burnett for movant.

McDonald & Boaz, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.